IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
                               )
vs.                            )        CR. NO.:    2:07CR217-WKW
                               )
JOSEPHINE HAMILTON             )
                               )

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby  scheduled for

**October 4, 2007, at 3:00 p.m.,  in  courtroom 4A**, before **United States Magistrate**

**Judge Terry F. Moorer**, Frank M. Johnson, Jr United States Courthouse Complex, One

Church Street, Montgomery, Alabama.   If the defendant is in custody, the United States

Marshal or the person having custody of the defendant shall produce the defendant for the

proceeding.

Done this ___2nd___ day of October, 2007.

TERRY F. MOORER
U.S. MAGISTRATE JUDGE