IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-CR-217 WKW |
| | ) | |
| **JOSEPHINE HAMILTON** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **JOSEPHINE HAMILTON,** by and through undersigned counsel, Benjamin E. Schoettker, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty pursuant to a plea agreement with the United States Government. Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 2nd day of January, 2008.

Respectfully submitted,

s/ Benjamin E. Schoettker
**BENJAMIN E. SCHOETTKER**
Attorney for Defendant
608 South Hull Street
Montgomery, Alabama 36104
Phone: (334) 834-3444
Fax: (334) 262-8897
E-mail: bes@barfootschoettker.com
AL Bar Code: ASB-7848-I72S

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:07-CR-217 WKW |
| | ) | |
| **JOSEPHINE HAMILTON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Benjamin E. Schoettker
　　　　　　　　　　　　　　　　　　　　**BENJAMIN E. SCHOETTKER**
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　608 South Hull Street
　　　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　　　　Phone: (334) 834-3444
　　　　　　　　　　　　　　　　　　　　Fax: (334) 262-8897
　　　　　　　　　　　　　　　　　　　　E-mail: bes@barfootschoettker.com
　　　　　　　　　　　　　　　　　　　　AL Bar Code: ASB-7848-I72S